# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Saad Eldin Fathi

**BANKRUPTCY NO.**  2:10–bk–41012–AA

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–0284
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 10/18/10

**Address:**
3430 Mclaughlin Ave
Los Angeles, CA 90066–2033

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3)  pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: October 18, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13b VAN–151) Rev. 03/09

**14 / MAG**